**Order entered September 18, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00104-CV

### CPM TRUST, ET AL., Appellants

### V.

### CITY OF PLANO, TEXAS, ET AL., Appellees

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-03394-2011**

## ORDER

We **GRANT** appellants' September 16, 2014 second motion for an extension of time to file their reply briefs in response to the briefs filed on behalf of each appellee. Appellants shall file their respective reply briefs on or before **October 8, 2014**.

/s/    CRAIG STODDART
       JUSTICE